petitioner. *Mr. F. H. Stinchfield* for respondent. ▇

No. 384. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WOOD. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. Ralph S. Rounds* for respondent. ▇

No. 386. DICKINSON INDUSTRIAL SITE, INC. *v.* COWAN ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Walter A. Wade, Benjamin Wham,* and *George W. Ott* for petitioner. *Mr. Samuel E. Hirsch* for respondents. ▇

No. 419. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* KEHOE. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. Leo W. White, R. M. O'Hara, W. H. Gillespie,* and *Robert T. McCracken* for respondent.

No. 399. BRYANT ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. J. Gilmer Körner, Jr.* and *David S. Day* for petitioners. *Solicitor General Jackson* for respondent. ▇

No. 437. McCABE *v.* BOSTON TERMINAL CO. November 13, 1939. Petition for writ of certiorari to the Supe-